# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| LEON ALFANO, Individually and as Representative of the Estate of Pamela Darlene Weatherby, NELDA ALFANO, DAREN C. WEATHERBY, and JUSTIN D. WEATHERBY, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:11-cv-1006-P |
| CORRECTIONS CORPORATION OF AMERICA, PAUL STOUT, AND KENNETH CHANEY, | § § § § § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiffs LEON ALFANO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF PAMELA DARLENE WEATHERBY, THE ESTATE OF PAMELA DARLENE WEATHERBY, NELDA ALFANO, DAREN C. WEATHRBY and JUSTIN D. WEATHERBY and Defendants CORRECTIONS CORPORATION OF AMERICA, PAUL STOUT AND KENNETH CHANNEY announce to the Court that they have reached the terms of a compromise and settlement in this case. The final settlement paperwork has been executed, the settlement has been funded, and the parties will file the appropriate dismissal documents in the near future.

Respectfully submitted,

/s/ Stuart L. Cochran
**Joel M. Fineberg**
Texas Bar No. 07008520
**Stuart L. Cochran**
Texas Bar No. 24027936
**JOEL M. FINEBERG, P.C.**
6900 Dallas Parkway, Suite 200
Plano, Texas  75024
Telephone:     (214) 219-8828
Facsimile:      (214) 219-8838\


/s/ Suzanne Kaplan
**Paula F. Sweeney**
Texas Bar No.  07044300
**SLACK & DAVIS, L.L.P.**
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas  75219
Telephone:  214-528-8686

**Suzanne Kaplan**
**SLACK & DAVIS, L.L.P.**
Texas Bar No. 24067699
2705 Bee Cave Road, Suite 220
Austin, Texas 78745
Telephone: 512-795-8686
Fax: 512-795-8787

**COUNSEL FOR PLAINTIFFS**


/s/ Daniel E. Pellar
**Daniel E. Pellar**
State Bar No. 00792750
**The Pellar Law Firm, P.L.L.C.**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
972-731-4360 (tel.)
972-731-4361 (fax)

**ATTORNEY FOR DEFENDANTS
PAUL STOUT AND KENNETH CHANEY**

/s/ Dawn E. Norman
**Jay W. Brown**
Texas Bar No. 03138830
**Dawn E. Norman**
Texas Bar No. 24065825
**WINSTEAD PC**
1100 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone (713) 650-8400
Facsimile   (713) 650-2400

**ATTORNEYS FOR DEFENDANT CORRECTIONS CORPORATION OF AMERICA**

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiffs have conferred regarding this motion, and both parties join in this motion.

/s/ Dawn E. Norman
Dawn E. Norman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the Northern District of Texas ECF on this 25th day of February 2013.

/s/ Dawn E. Norman
Dawn E. Norman